Submitted March 19, 1975. *Bruce W. Miller,* and *Silver, Miller & Silver,* for appellant; *Jonathan D. Schiffman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hosey, Appellant.

Submitted April 14, 1975. *Norman A. Levine,* Public Defender, for appellant; *Donald E. Williams,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jackson, Appellant.

Submitted March 24, 1975. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *J. David Bean,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jackson, Appellant.

 Submitted June 16, 1975. *Calvin S. Drayer, Jr.*, and *Richard C. Sheehan*, Assistant Public Defenders, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jennings, Appellant.

 Submitted March 17, 1975. *Reggie B. Walton* and *John W. Packel*, Assistant Defenders, and *Benjamin Lerner*, Defender, for appellant; *Mark Sendrow* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

 Submitted June 16, 1975. *Richard E. Johnson*, for appellant; *Stephen Levin, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.